UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H&H METALS CORP., <br><br> Plaintiff, <br><br> -against- <br><br> CHRIS EAGER and 13554601 CANADA INC., <br><br> Defendants. | No. 1:23-cv-10128 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the motion filed by Defendant 13554601 Canada Inc. ("Canada Inc.") at ECF No. 15. Plaintiff does not oppose the motion. ECF No. 17. Accordingly, the Court grants the motion and ORDERS Plaintiff to arbitrate its claims against Canada Inc. The case is STAYED only as to the claims against Canada Inc. pending arbitration. The parties shall promptly inform the Court when the stay as to Canada Inc. can be lifted and the case will proceed here against defendant Chris Eager. The Clerk of Court is respectfully directed to CLOSE the motion pending at ECF No. 15.

Dated: February 23, 2024
 New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1